

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

**FILED**

JUL 1 8 2019

Clerk, U.S. District Court
Texas Eastern

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:19CR  /75 |
| | § | Judge Mazzant |
| CHRISTOPHER SCHRAEDER | § | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### Count One

Violation:  18 U.S.C. §1955
(Illegal Gambling Business)

Beginning on a date unknown, in or about 2005 and continuing until on or about

February 7, 2019, in the Eastern District of Texas and elsewhere, the defendant

**Christopher Schraeder**,  did conduct, finance, manage, supervise, direct and own all or

part of an illegal gambling business, to wit a gambling business involving sports betting,

which gambling business was a violation of the laws of the State of Texas to wit, Texas

Penal Code §§ 71.02 and 47.03, and which involved five or more persons who conducted,

financed, managed, supervised, directed and owned all or part of said illegal gambling

business, and which remained in substantially continuous operation for a period in excess

of thirty days and had a gross revenue of $2,000.00 in any single day.

In violation of 18 U.S.C. § 1955.

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As the result of committing a violation of 18 U.S.C. § 1955 as alleged in this

Information, the defendant shall forfeit to the United States of America pursuant to 18

U.S.C. § 982(a)(1)(c) and 28 U.S.C. § 2461 all property, real or personal, involved in the

offense or traceable to such property, including but not limited to the following:

Cash Proceeds:

1.   $3,987.00 in gambling proceeds previously seized.

2.   $8,643.00 in gambling proceeds previously seized.

3.   $68,423.00 in gambling proceeds previously seized

By virtue of the commission of the offense alleged in this Information, any and all

interest the defendant has in the above-described property is vested in the United States

and hereby forfeited to the United States.

Respectfully submitted,

JOSEPH D. BROWN
United States Attorney

Dated: 7/1/19

M. ANDREW STOVER
Assistant United States Attorney
Texas Bar No. 19349300
101 East Park Blvd., Suite 500
Plano, TX  75074
Tel: (972) 509-1201
Fax: (972) 509-1209
andrew.stover@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:19CR |
| | § | Judge Mazzant |
| CHRISTOPHER SCHRAEDER | § | |

## NOTICE OF PENALTY

### Count One

Violation:     18 U.S.C. § 1955

Penalty:       A fine of not more than
$250,000.00 or not more
than twice the amount
of criminally derived
property involved in
the transaction and/or
imprisonment for not more
than five (5) years; and a
period of supervised
release of not more than
three (3) years.

Special Assessment:       $100.00