

JUL 1 8 2019

Clerk, U.S. District Court
Texas Eastern

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:19CR 175 |
| | § | Judge Mazzant |
| CHRISTOPHER SCHRAEDER | § | |

## NOTICE OF CASE ASSOCIATION

Pursuant to General Order No. 92-15, notice is hereby given that the above-captioned case is associated with:

*United States v. Ernest Allen Abbot*, Case No. 4:17CR111;

*United States v. Steven Glezman*, Case No. 4:17CR113;

*United States v. Brian Jordan*, Case No. 4:17CR120;

*United States v. Scott McLaughlin*, Case No. 4:17CR134-1;

*United States v. Brett Lerner*, Case No. 4:17CR135;

*United States v. Timothy Large*, Case No. 4:17CR136; and

*United States v. Evan Nelson Powell*, Case No. 4:18CR57.

In giving this written notice to the Court and Clerk, I certify that this request for specific judge assignment in lieu of random draw is solely for the intent and purpose specified in General Order No. 92-15.

Signed this the 1st day of July , 2019.

> Respectfully submitted,
> JOSEPH D. BROWN
> United States Attorney
>
> _____
> M. ANDREW STOVER
> Assistant United States Attorney
> Texas Bar No. 19349300
> 101 E. Park Blvd., Suite 500
> Plano, Texas 75074
> (972) 509-1201
> (972) 509-1209 (fax)
> Andrew.Stover@usdoj.gov