

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

JUL 1 8 2019

Clerk, U.S. District Court
Texas Eastern

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | No. 4:19CR 175 |
| | § | Judge Mazzant |
| CHRISTOPHER SCHAEDER | § | |

## ELEMENTS OF THE OFFENSE

Defendant **Christopher Schraeder** is charged in Count One of an Information with a violation of 18 U.S.C. § 1955, conducting a gambling business that violates Texas state law. The essential elements which must be proved beyond a reasonable doubt in order to establish a violation of that section are:

1. The defendant conducted, financed, managed, supervised, directed or owned all or part of a gambling business; and

2. That such gambling business:

   a. Violated the laws of the state in which it was conducted, namely, Texas; and

   b. Involved five or more persons who conducted, financed, managed, supervised, directed or owned all or part of said illegal gambling business; and

   c. has been or remained in substantially continuous operation for more than 30 days, or had a gross revenue of $2,000 or more on any single day.

Respectfully submitted,

JOSEPH D. BROWN
UNITED STATES ATTORNEY

_/s/ M. Andrew Stover_

M. ANDREW STOVER
Assistant United States Attorney
Texas Bar No. 19349300
101 East Park Blvd., Suite 500
Plano, TX   75074
Tel: (972) 509-1201
Fax: (972) 509-1209
andrew.stover@usdoj.gov


### Certificate of Service

I certify that a copy of the foregoing was sent via CM/ECF to Frank Henderson, counsel for defendant, on July 1, 2019.

_/s/ M. Andrew Stover_

M. ANDREW STOVER