DATE ____8/13/19____
LOCATION __Plano__
JUDGE ___Kimberly C. Priest Johnson___
DEPUTY CLERK ___Toya McEwen___
COURT REPORTER: Digital Recording
INTERPRETER: _____
BEGIN ____10:09 am____ _Total_
USPO, Tiffany Routh _time:_

CASE NUMBER____**4:19-cr-175 ALM/KPJ**____
USA _____Andrew Stover_____ Assigned
    VS    _Kevin McClendon_ Appeared
CHRISTOPHER SCHRAEDER
Defendant
Frank Henderson, FD
Attorney    Hearing held with 4.19cr49.1

**FILED**
AUG 13 2019
Clerk, U.S. District Court
Texas Eastern

☐ PLEA TO INFORMATION, Initial Appearance and Arraignment held on Indictment
☑ INITIAL APPEARANCE AND PLEA TO INFORMATION    ☑ WAIVER OF INDICTMENT SIGNED

☑    CASE CALLED    ☑    DEFENDANT SWORN    ☐ Hearing held by Interpreter: _____

☑    Defendant appears with counsel _Frank Henderson_.

### INITIAL APPEARANCE

☑    Dft ☐ advised of charges    ☐ advised of maximum penalties    ☐ advised of right to remain silent;
        ☐ advised of right to counsel    ☑ received copy of information

### PLEA TO INFORMATION

☑    Defendant to plea guilty to Count (s) _One (1)_____ of the Information.

☑    Defendant signed Waiver and Consent to Administration of Guilty Plea by United States Magistrate Judge.

☑    Dft signed Waiver of Indictment.    ☐ Dft signed Waiver of Venue    ☐ Dft signed Waiver of Statute of Limitations

☑    Dft waived reading of the information.

☑    Court found defendant competent for change of plea hearing.

☑    Defendant acknowledged satisfaction with representation of counsel

☑    Defendant advised of Constitutional rights.    ☑    Defendant acknowledged understanding Constitutional rights.

☑    AUSA stated essential elements to be proven

☑    Defendant acknowledged understanding the essential elements and Defendant acknowledged having committed the elements.

☑    Court ☐ AUSA stated maximum range of penalty.

☑    Court reviewed rights regarding a plea of guilty and right to appeal.

☑    Reviewed Plea agreement with defendant.

☑    Reviewed ☑ Factual Basis ☐ Statement of Facts with defendant.

☑    AUSA and Defendant acknowledged factual basis has been established.

☑    Consent, Waiver of Indictment, Plea Agreement (under seal), Factual Basis, and Addendum (under seal) entered into the record.

☐    Defendant is not a citizen of the United States    ☐ Defendant is not a legal permanent resident.

☐    Court advised defendant of deportation possibilities. ☐ Defendant acknowledged understanding deportation possibility.

☑    Forfeiture provision explained to Defendant    ☑ Defendant acknowledged understanding forfeiture provision.

☐    Court advised defendant of requirement to register as sex offender. ☐ Defendant acknowledged understanding registration requirement.

☑    Defendant entered plea of guilty to Count _One of the Information_.

☑    Court will recommend district court accept plea of guilty.

☑    Court finds plea is voluntary, knowledgeable and that it has a basis in fact.

☐    Defendant remanded to custody of U.S. Marshal.

☑    Defendant placed on ~~Conditions of Release~~. PR Bond.

☐      Defendant to remain on Conditions of Release based on extraordinary circumstances per the AUSA.

☐  _____

☑  Court recessed. _____10: 32am_____.